ALBERT LAHAM et al., Respondents, *v.* DOMESTIC FINANCE COR-
PORATION, Appellant.

Argued October 4, 1943; decided November 24, 1943.

*George R. Fearon, Jackson R. Collins, Richard O. Wiesner* and *M. Harold Dwyer* for appellant.

*Irwin Slater* for respondent.

Orders reversed and complaint dismissed, with costs in all courts, and question certified answered in the negative, on the authority of *Di Nome* v. *Personal Finance Company of New York* (291 N. Y. 250) decided herewith. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.